3-7-24

Hi,

I spent 9 months in. Elko County Detenion Center. Upon release on Feb 1st, I Filed A LAWSUIT and have relocated to this New address. Please update this inormation For me so I may continue my lawsuit. I bet some mail concerning my case was mailed to Elko County Jail after my departure that I never recieved. Thank you!

Timothy Baggott
1501 Main St.
P.O. Box 1303
Cañon City, CO 81215

_Filed _Received _Entered _Served On
Counsel/Parties of Record

MAR 1 4 2024

Clerk US District Court
District of Nevada
By:_____ Deputy