UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY BAGGOTT,

Plaintiff,

v.

ITOR, et al.,

Defendants.

Case No.  3:23-cv-00595-ART-CSD

ORDER

(ECF No. 1)

Plaintiff Timothy Baggott filed an updated address, indicating that he is not longer incarcerated. (ECF No. 3). As such, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot and directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $402, by June 10, 2024. If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full $402 filing fee, by June 10, 2024, this case will be subject to dismissal without prejudice.

FOR THE FOREGOING REASONS, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by **June 10, 2024**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 10th day of May 2024.



UNITED STATES MAGISTRATE JUDGE

1